**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7694**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NORVELL WEBSTER CRUMP,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CR-94-101, CA-01-969)

———————

Submitted: February 4, 2003       Decided: March 12, 2003

———————

Before WILKINS, Chief Judge, and TRAXLER and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Norvell Webster Crump, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norvell Webster Crump appeals the district court's order denying his motion for a reduction to his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Crump, Nos. CR-94-101; CA-01-969 (S.D.W. Va. Oct. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2